

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:      01-15-00207-CV

Style:      Joe  Payton  Lee

**v** Rita  Lemons

Date motion filed[*]:      March 23, 2015

Type of motion:      "Motion Requesting Docketing Statement and Extension to File"

Party filing motion:      Appellant

Document to be filed:      Docketing Statement

Ordered that motion is:

    ☒    Granted
            If document is to be filed, document due:

            ☐    The Clerk is instructed to file the document as of the date of this order
            ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant has filed a motion requesting a copy of the docketing statement form and an extension of time to file the completed form with this Court. The motion is **granted**. The Clerk of this Court mailed a copy of the docketing statement form to appellant on March 25, 2015. The deadline for appellant to file the docketing statement is extended from March 25, 2015 to **April 14, 2015**.

Judge's signature:  /s/ Jane Bland
          ☒ Acting individually    ☐ Acting for the Court

Date:  March 26, 2015